PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jorge Abbud
Cr.: 12-0026-01
PACTS #: 63296

Name of Sentencing Judicial Officer: William H. Walls, Sr. USDJ

Date of Original Sentence: 04/17/12

Original Offense: Fraud by Wire, Radio or Television

Original Sentence: 21 months custody, 3 years supervised release, $138,402 in restitution and a $100 special assessment

Type of Supervision: Supervised ReleaseDate Supervision Commenced: 11/20/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT: You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.' <br><br> A breathalyzer administered during a home contact on June 23, 2014, yielded a blood alcohol content of 0.34%. |
| 2 | The offender has violated the standard supervision condition which states 'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.' <br><br> Abbud claims he has been actively seeking employment, without success. He recently applied for work as a construction laborer and believes he will begin this employment in the immediate future. |

PROB 12A - Page 2
Jorge Abbud

3  The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $138,402 to Bank of America; it shall be paid in the following manner: in an amount to be determined by Probation.**'

Abbud remains unemployed and has, therefore, been unable to remit any payments toward restitution. While he continues to indicate that family members will assist with payments until such time as he secures employment, no payments have been received.

U.S. Probation Officer Action:

On June 26, 2014, Abbud met with Sr. USPO Susan Karlak, our in-house drug and alcohol specialist, who determined that he should participate in at least one Alcoholics Anonymous (AA) meeting per week until further notice. Abbud will also be subject to increased testing.

The probation office will continue to monitor compliance with employment and restitution and will report any continued issues.

Respectfully submitted,

*Denise Morales*

By: Denise Morales
U.S. Probation Officer
Date: 06/26/14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

1 July 2014
Date