PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jorge Abbud     Cr.: 12-00026-01
                                  PACTS #: 63296

Name of Sentencing Judicial Officer: William H. Walls, Sr. USDJ

Date of Original Sentence: 01/12/12

Original Offense: Fraud by Wire, Radio or Television

Original Sentence: 21 months imprisonment, 3 years supervised release, $138,402 in restitution, $100 special assessment

Type of Supervision: Supervised Release     Date Supervision Commenced: 11/20/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states "**As directed by the probation officer, you shall notify third-parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm your compliance with such notification requirement.**" |
| | Abbud recently started employment at a pizzeria restaurant where he will eventually have access to customer credit cards. The employer is reportedly aware of Abbud's conviction in the instant offense, but is not aware of his convictions for theft by deception in Essex County Superior Court (indictment # 12-01-00016) and Hawthorne Municipal Court (W 2011 000236 1604). In both those cases, Abbud stole an identity for the purpose of applying for and receiving a credit card. Abbud believes disclosing this may affect his employment. |

U.S. Probation Officer Action:

We believe this employment presents a potential third-party risk and respectfully request the court's guidance. Please advise, where indicated below, whether the employer should be aware of the specifics of Abbud's criminal past.

Respectfully submitted,

*Denise Morales*

By: Denise Morales
    U.S. Probation Officer
Date: 07/29/14 KJ

PROB 12A - Page 2
Jorge Abbud

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Other: Probation and offender to notify employer of third-party risk occasioned by the offender's criminal record. *and dates of offenses.*
[ ] Other: No apparent third-party risk; disclosure not necessary.
[ ] Other:

_____
Signature of Judicial Officer

31 July 2014
_____
Date