PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jorge Abbud                                          Cr.: 12-00026-001
                                                                                                                     PACTS #: 63296

Name of Sentencing Judicial Officer:     THE HONORABLE WILLIAM H. WALLS
                                                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/17/12

Original Offense: FRAUD BY WIRE - RADIO - OR TELEVISION

Original Sentence: 21 months custody, 36 months supervised release, $138,402 in restitution, $100 special assessment

Special Conditions: Drug and Alcohol Testing and Treatment, No New Debt/Credit, 1 month home confinement (added 02/07/14), DNA testing

Type of Supervision: Supervised Release                          Date Supervision Commenced: 11/20/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states: **'ALCOHOL/DRUG TESTING AND TREATMENT: You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'** |
| | The laboratory confirmed that a urine specimen collected on August 4, 2015, was positive for cocaine. Abbud adamantly denies the use of narcotics. |

Prob 12A – page 2
Jorge Abbud

| 2 | The offender has violated the standard supervision condition which states "**As a condition of supervision, you are instructed to pay restitution in the amount of $138,402 to Bank of America); it shall be paid in the following manner: $100 per month.**" |

Abbud has remained predominantly unemployed while on supervision. He was employed for a few months in 2015, and remitted four payments totaling $670.

U.S. Probation Officer Action:

Abbud will be subject to increased random drug testing, he will undergo an assessment to ascertain whether treatment is necessary, and he may be expected to participate in Narcotics Anonymous (NA) meetings as directed.

The probation office will continue to monitor compliance with employment and restitution and will report any continued issues.

Respectfully submitted,
*Denise Morales*
By: Denise I Morales
U.S. Probation Officer
Date: 08/19/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

25 August 2015
Date